IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGORY M. CORREIA,

        Plaintiff,

v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

        Defendant.

Case No. 6:14-cv-00600-MA

ORDER FOR EAJA FEES

MARSH, Judge

    On June 15, 2015, the parties filed a Stipulated Application for Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in which the parties agree that plaintiff should be awarded fees in the amount of $6,983.90. (#17.)

    Accordingly, based on the agreement of the parties, it is hereby ORDERED that attorney fees in the amount of $6,983.90 shall be awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs or expenses. The parties agree that attorney fees will be paid to plaintiff's attorney, subject to verification that plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant

1 - ORDER FOR EAJA FEES

to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If plaintiff has no such debt, then the check shall be made out to plaintiff's attorney, John Haapala, at Mr. Haapala's address: 401 E. 10th Ave., Suite 240, Eugene, OR, 97401. If plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

DATED this ___/___ day of JULY, 2015.

                                    /s/ Malcolm F. Marsh
                                    Malcolm F. Marsh
                                    United States District Judge